**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| NAVAJO NATION, )<br><br>Plaintiff, )<br>v. )<br><br>ANDREW WHEELER, *et al*., )<br><br>Defendants. ) | No. 2:20-cv-602-MV-GJF |

**STIPULATED AGREEMENT TO EXCEED EXHIBIT PAGE LIMITS**

Plaintiff Navajo Nation, jointly with Defendants United States Environmental Protection Agency ("EPA"); Andrew Wheeler, in his official capacity as Administrator of the EPA; the Department of the Army, U.S. Army Corps of Engineers; and R.D. James, in his official capacity as Assistant Secretary of the Army for Civil Works, by and through undersigned counsel, hereby stipulate pursuant to D.N.M.LR-Civ. 10.5, that all parties agree that exhibits to Plaintiff's motion for summary judgment, ECF No. 20, Defendants' response and cross-motion for summary judgment, Plaintiff's response and reply, and Defendants' reply may exceed fifty (50) total pages.

Dated: January 20, 2021

Respectfully submitted,

JILL GRANT & ASSOCIATES, LLC

/s/ Jill Elise Grant
Jill Elise Grant, N.M. Bar No. 7571

Ian Paul Fisher,* D.C. Bar No. 1672524
1319 F Street NW, Suite 300
Washington, D.C. 20004
Telephone: (202) 821-1950
Email: jgrant@jillgrantlaw.com
Email: ifisher@jillgrantlaw.com
* D.N.M.LR-Civ. 83.3(a) certification

*Attorneys for Plaintiff Navajo Nation*


/s/ Sonya J. Shea
DANIEL PINKSTON
SONYA J. SHEA
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1804 (Pinkston)
Telephone: (303) 844-7231 (Shea)
Facsimile: (303) 844-1350
daniel.pinkston@usdoj.gov
sonya.shea@usdoj.gov


JOHN C. ANDERSON
United States Attorney

MANUEL LUCERO
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1467

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 20, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

/s/ Jill Elise Grant