UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

NAVAJO NATION,

    Plaintiff,

v.                                                                    Civ. No. 20-602 MV/GJF

ANDREW WHEELER, et al.,

    Defendants.

**ORDER MODIFYING BRIEFING SCHEDULE**

THIS MATTER is before the Court upon the parties' "Joint Motion to Modify Briefing Schedule" [ECF 26] ("Motion"). Having reviewed the record and noting the concurrence of the parties, the Court finds the Motion to be well taken and hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the Court's Order Setting Briefing Schedule [ECF 19] is modified as follows:

1. Defendants' response and cross-motion for summary judgment shall be filed no later than **March 31, 2021**.

2. Plaintiff's omnibus response and reply brief shall be filed no later than **May 17, 2021**.

3. Defendants' reply shall be filed no later than **June 16, 2021**.

    **SO ORDERED.**

                                                      _____
                                                      THE HONORABLE GREGORY J. FOURATT
                                                      UNITED STATES MAGISTRATE JUDGE