# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| NAVAJO NATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL REGAN, et al., )<br>)<br>Defendants. )<br>) | Case No. 2:20-cv-00602-MV-GJF |

## [PROPOSED] SECOND ORDER MODIFYING BRIEFING SCHEDULE

This matter is before the Court upon Defendants' "Unopposed Motion for Extension of Briefing Schedule" ("Motion"). Having reviewed the record, the Court finds the Motion to be well taken and hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the Court's Order Setting Briefing Schedule [ECF No. 19] and Order Modifying Briefing Schedule [ECF No. 27] are modified as follows:

1. Defendants' response and cross-motion for summary judgment shall be filed no later than June 1, 2021.

2. Plaintiff's omnibus response and reply brief shall be filed no later than July 16, 2021.

3. Defendants' reply shall be filed no later than August 16, 2021.

SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE