UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

NAVAJO NATION,

    Plaintiff,

v.                                                     Civ. No. 20-602 MV/GJF

MICHAEL REGAN, et al.,

    Defendants.

## SECOND ORDER MODIFYING BRIEFING SCHEDULE

THIS MATTER is before the Court upon the Defendants' "Unopposed Motion for Extension of Modify Briefing Schedule" [ECF 28]. Having reviewed the record and noting the concurrence of the parties, the Court finds the Motion to be well taken and hereby **GRANTS** it.

**IT IS THEREFORE ORDERED** that the briefing schedule is modified as follows:

1. Defendants' response and cross-motion for summary judgment shall be filed no later than **June 1, 2021**.

2. Plaintiff's omnibus response and reply brief shall be filed no later than **July 16, 2021**.

3. Defendants' reply shall be filed no later than **August 16, 2021**.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE