UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

NAVAJO NATION,

    Plaintiff,

v.                                                           Civ. No. 20-602 MV/GJF

MICHAEL REGAN, et al.,

    Defendants.

### THIRD ORDER MODIFYING BRIEFING SCHEDULE

THIS MATTER is before the Court upon the Defendants' "Unopposed Motion for Extension of Briefing Schedule" [ECF 30].  Having reviewed the record and noting the concurrence of the parties, the Court finds the Motion to be well taken and it is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that the briefing schedule is modified as follows:

1.     Defendants' response to Plaintiff's motion for summary judgment and cross-motion for summary judgment shall be filed no later than **June 22, 2021.**

2.     Plaintiff's omnibus response and reply brief in support of its motion for summary judgment shall be filed no later than **August 6, 2021.**

3.     Defendants' reply in support for their cross-motion for summary judgment shall be filed no later than **September 7, 2021**.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

1