Exhibit 2

| JD ID | Agency | Project ID | District or | JD Basis | PDF Link | Finalized Date | Closure M | Waters Na | Resource T | Resource T | Water of t | Cowardin ( | Cowardin ( | Cowardin | HGM | HGM Desc | Longitude | Latitude | State | County | HUC8 | Authority | Local Wate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5243835 | Corps | SPL-2018-C | Los Angele | NWPR | https://pe | 3/29/2021 | Approved | Unnamed | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, | Riverine | Riverine is | -111.31 | 35.88095 | Arizona | Coconino | 15020016 | None | |
| 5243520 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/19/2021 | Approved | Drainage-1 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.769 | 35.08632 | New Mexic | McKinley | 15020004 | None | |
| 5243520 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/19/2021 | Approved | Drainage-7 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.772 | 35.08338 | New Mexic | McKinley | 15020004 | None | |
| 5243520 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/19/2021 | Approved | Drainage-4 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.757 | 35.09498 | New Mexic | McKinley | 15020004 | None | |
| 5243520 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/19/2021 | Approved | Drainage-2 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.763 | 35.09085 | New Mexic | McKinley | 15020004 | None | |
| 5243520 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/19/2021 | Approved | Drainage-6 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.755 | 35.09576 | New Mexic | McKinley | 15020004 | None | |
| 5243520 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/19/2021 | Approved | Drainage-3 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.76 | 35.09325 | New Mexic | McKinley | 15020004 | None | |
| 5243520 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/19/2021 | Approved | Drainage-5 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.755 | 35.09555 | New Mexic | McKinley | 15020004 | None | |
| 5247062 | Corps | SPL-2020-C | Los Angele | NWPR | https://pe | 3/3/2021 | Approved | Three Mile | B1LPINOSC | (b)(1) Lake | No | PUB | | Palustrine | Unconsolic | Depressior | Depression | -112.194 | 35.29616 | Arizona | Coconino | 15010004 | None | Three Mile |
| 5249742 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/2/2021 | Approved | 2020-169 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -107.297 | 35.16399 | New Mexic | Cibola | 13020207 | None | |
| 5249742 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/2/2021 | Approved | 2020-169 | B9DEPPIT | (b)(9) Wat | No | L2OW | | Lacustrine | Open Water/Unknown Bottom, L | | | -107.306 | 35.16258 | New Mexic | Cibola | 13020207 | None | |
| 5249742 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/2/2021 | Approved | 2020-169 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -107.285 | 35.15434 | New Mexic | Cibola | 13020207 | None | |
| 5249742 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/2/2021 | Approved | 2020-169 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -107.289 | 35.16027 | New Mexic | Cibola | 13020207 | None | |
| 5249742 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/2/2021 | Approved | 2020-169 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -107.288 | 35.15701 | New Mexic | Cibola | 13020207 | None | |
| 5249742 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/2/2021 | Approved | 2020-169 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -107.299 | 35.16503 | New Mexic | Cibola | 13020207 | None | |
| 5249742 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/2/2021 | Approved | 2020-169 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -107.297 | 35.16382 | New Mexic | Cibola | 13020207 | None | |
| 5249742 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/2/2021 | Approved | 2020-169 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -107.296 | 35.16249 | New Mexic | Cibola | 13020207 | None | |
| 5249742 | Corps | SPA-2020-C | Albuquerq | NWPR | https://pe | 3/2/2021 | Approved | 2020-169 | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -107.298 | 35.16046 | New Mexic | Cibola | 13020207 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | KK | B4SHEETFL | (b)(4) Diffu | No | | | | | | | -108.434 | 36.81364 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | K | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.367 | 36.84187 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | C | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.289 | 36.84776 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | B | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.295 | 36.8467 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | V | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.355 | 36.84265 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | W | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.4 | 36.81647 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | R | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.34 | 36.84127 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | EE | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.374 | 36.78317 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | E | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.302 | 36.84972 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | Shumway | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.381 | 36.84266 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | T | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.356 | 36.82961 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | Y | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.374 | 36.80396 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | NN | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.326 | 36.829 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | A | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.289 | 36.84467 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | Q | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.306 | 36.84079 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | LL | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.372 | 36.8128 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | DD | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.375 | 36.78309 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | X | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.366 | 36.80828 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | Lower Shu | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.402 | 36.80426 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | P | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.309 | 36.84143 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | Narrows W | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.365 | 36.83613 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | N | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.367 | 36.82388 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | II | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.448 | 36.80643 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | CC | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.375 | 36.78539 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | M | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.377 | 36.82862 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | S | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.347 | 36.83475 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | I | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.356 | 36.84282 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | Stevens Ar | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.371 | 36.76627 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | Z | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.374 | 36.80025 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | JJ | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.443 | 36.81448 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | BB | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.376 | 36.79046 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | O | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.312 | 36.84055 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | MM | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.347 | 36.83471 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | AA | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.375 | 36.79637 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | Upper Shu | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.376 | 36.8249 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | U | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.33 | 36.82912 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | F | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.337 | 36.84586 | New Mexic | San Juan | 14080105 | None | |
| 5247663 | Corps | SPA-2021-C | Albuquerq | NWPR | https://pe | 2/19/2021 | Approved | HH | B3EPHEME | (b)(3) Ephe | No | R6 | | Riverine | A wetland, spring, stream, river, | | | -108.446 | 36.81111 | New Mexic | San Juan | 14080105 | None | |

| ID | Agency | Permit | Office | Link | Date | Status | Project | Code | Reg | Type | Indicator | Region | Water Type | Description | Long | Lat | State | County | HUC | Other | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5247663 | Corps | SPA-2021- | Albuquerq | NWPR | https://per | 2/19/2021 | Approved | . GG | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -108.451 | 36.80264 | New Mexic | San Juan | 14080105 | None | |
| 5246977 | Corps | SPA-2021- | Albuquerq | NWPR | https://per | 2/18/2021 | Approved | . SPA-2021- | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, Riverine   Riverine is | -106.733 | 35.20715 | New Mexic | Bernalillo | 13020203 | None | Rio Grande |
| 5246968 | Corps | SPA-2021- | Albuquerq | NWPR | https://per | 1/27/2021 | Approved | . Uplands | | | No | | U | Uplands | Upland - Not a wetland or deepw | -106.537 | 35.35222 | New Mexic | Sandoval | 13020203 | None | |
| 5246860 | Corps | SPA-2016- | Albuquerq | NWPR | https://per | 1/22/2021 | Approved | . 2016-139 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.806 | 35.53006 | New Mexic | Sandoval | 13020202 | None | |
| 5246860 | Corps | SPA-2016- | Albuquerq | NWPR | https://per | 1/22/2021 | Approved | . 2016-139 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.805 | 35.53209 | New Mexic | Sandoval | 13020202 | None | |
| 5246860 | Corps | SPA-2016- | Albuquerq | NWPR | https://per | 1/22/2021 | Approved | . 2016-139 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.812 | 35.53042 | New Mexic | Sandoval | 13020202 | None | |
| 5246860 | Corps | SPA-2016- | Albuquerq | NWPR | https://per | 1/22/2021 | Approved | . 2016-139 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.81 | 35.53157 | New Mexic | Sandoval | 13020202 | None | |
| 5246860 | Corps | SPA-2016- | Albuquerq | NWPR | https://per | 1/22/2021 | Approved | . 2016-139 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.808 | 35.53188 | New Mexic | Sandoval | 13020202 | None | |
| 5246729 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 1/20/2021 | Approved | . 2020-261 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.742 | 34.83206 | New Mexic | Valencia | 13020203 | None | |
| 5246729 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 1/20/2021 | Approved | . 2020-261 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.739 | 34.83534 | New Mexic | Valencia | 13020203 | None | |
| 5236172 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 12/8/2020 | Approved | . 2020-214 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.622 | 35.32288 | New Mexic | Sandoval | 13020203 | None | |
| 5243894 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 12/8/2020 | Approved | . 2020-211 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.697 | 35.22747 | New Mexic | Sandoval | 13020203 | None | |
| 5243715 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 12/7/2020 | Approved | . 2020-284 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.505 | 34.45706 | New Mexic | Valencia | 13020203 | None | |
| 5243528 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 12/2/2020 | Approved | . 2020-213 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.674 | 35.26091 | New Mexic | Sandoval | 13020203 | None | |
| 5243527 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 12/2/2020 | Approved | . 2020-210 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.601 | 35.28395 | New Mexic | Sandoval | 13020203 | None | |
| 5243479 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 12/2/2020 | Approved | . 2020-212 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.67 | 35.34625 | New Mexic | Sandoval | 13020203 | None | |
| 5243479 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 12/2/2020 | Approved | . 2020-212 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.67 | 35.34601 | New Mexic | Sandoval | 13020203 | None | |
| 5242629 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 11/18/2020 | Approved | . 2020-209 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.654 | 35.2899 | New Mexic | Sandoval | 13020203 | None | |
| 5242165 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 11/13/2020 | Approved | . 2020-207 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.716 | 35.23076 | New Mexic | Sandoval | 13020203 | None | |
| 5242165 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 11/13/2020 | Approved | . 202-207 Bl | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.716 | 35.22989 | New Mexic | Sandoval | 13020203 | None | |
| 5241019 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 11/4/2020 | Approved | . Unnamed | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -108.086 | 36.73876 | New Mexic | San Juan | 14080101 | None | |
| 5241335 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 11/2/2020 | Approved | . 2020-206 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.704 | 35.24112 | New Mexic | Sandoval | 13020203 | None | |
| 5239500 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 10/28/2020 | Approved | . Canyon Dia | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -110.991 | 35.295 | Arizona | Coconino | 15020008 | None | |
| 5240585 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 10/26/2020 | Approved | . 2020-205 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.706 | 35.24377 | New Mexic | Sandoval | 13020203 | None | Black Arroy |
| 5239785 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 10/15/2020 | Approved | . 2020-204 | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.573 | 35.31461 | New Mexic | Sandoval | 13020203 | None | |
| 5239642 | Corps | SPA-2017- | Albuquerq | NWPR | https://per | 10/14/2020 | Approved | . SPA-2017- | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, Riverine   Riverine is | -106.627 | 35.01189 | New Mexic | Bernalillo | 13020203 | None | |
| 5239642 | Corps | SPA-2017- | Albuquerq | NWPR | https://per | 10/14/2020 | Approved | . SPA-2017- | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, Riverine   Riverine is | -106.631 | 35.01439 | New Mexic | Bernalillo | 13020203 | None | |
| 5239642 | Corps | SPA-2017- | Albuquerq | NWPR | https://per | 10/14/2020 | Approved | . SPA-2017- | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, Riverine   Riverine is | -106.632 | 35.01408 | New Mexic | Bernalillo | 13020203 | None | |
| 5239642 | Corps | SPA-2017- | Albuquerq | NWPR | https://per | 10/14/2020 | Approved | . SPA-2017- | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, Riverine   Riverine is | -106.632 | 35.0139 | New Mexic | Bernalillo | 13020203 | None | |
| 5239642 | Corps | SPA-2017- | Albuquerq | NWPR | https://per | 10/14/2020 | Approved | . SPA-2017- | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, Riverine   Riverine is | -106.63 | 35.01213 | New Mexic | Bernalillo | 13020203 | None | |
| 5239642 | Corps | SPA-2017- | Albuquerq | NWPR | https://per | 10/14/2020 | Approved | . SPA-2017- | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, Riverine   Riverine is | -106.631 | 35.00763 | New Mexic | Bernalillo | 13020203 | None | Tijeras Arro |
| 5238583 | Corps | SPA-2020- | Albuquerq | NWPR | https://per | 9/30/2020 | Approved | . 202-203 Co | B3EPHEME | (b)(3) Ephe | No | | R6 | Riverine | A wetland, spring, stream, river, | -106.564 | 35.32163 | New Mexic | Sandoval | 13020203 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 16 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.501 | 36.48748 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 15 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.502 | 36.48664 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 14 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.504 | 36.48496 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 13 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.506 | 36.48355 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 12 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.508 | 36.48165 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 11 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.51 | 36.48065 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 10 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.569 | 36.46905 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 9 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.571 | 36.46857 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 4 | B8LPIART | (b)(8) Artif | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.593 | 36.46369 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 3 | B8LPIART | (b)(8) Artif | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.593 | 36.46417 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 2 | B8LPIART | (b)(8) Artif | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.594 | 36.46385 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 30 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.577 | 36.61121 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 29 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.576 | 36.61011 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 28 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.575 | 36.608 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 27 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.524 | 36.54156 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 26 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.525 | 36.54152 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 25 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.522 | 36.54022 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 24 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.519 | 36.5381 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 8 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.578 | 36.46629 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 7 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.582 | 36.46531 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 6 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.582 | 36.46549 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 1 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.596 | 36.46447 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 5 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.586 | 36.46516 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 23 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.517 | 36.53678 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020- | Los Angele | NWPR | https://per | 9/23/2020 | Approved | . | 22 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.514 | 36.53512 | Arizona | Apache | 14080204 | None | |

| ID | Agency | Project | Office | Year | URL | Date | Status | Name | Code | Type | Flag | Region | Class | Description | Long | Lat | State | County | HUC | Section | Extra |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5235330 | Corps | SPL-2020-0 | Los Angele | NWPR | https://pe | 9/23/2020 | Approved | . | 21 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.504 | 36.52875 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020-0 | Los Angele | NWPR | https://pe | 9/23/2020 | Approved | . | 20 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.494 | 36.52211 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020-0 | Los Angele | NWPR | https://pe | 9/23/2020 | Approved | . | 19 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.484 | 36.50054 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020-0 | Los Angele | NWPR | https://pe | 9/23/2020 | Approved | . | 18 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.492 | 36.49429 | Arizona | Apache | 14080204 | None | |
| 5235330 | Corps | SPL-2020-0 | Los Angele | NWPR | https://pe | 9/23/2020 | Approved | . | 17 | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, Riverine   Riverine is | -109.494 | 36.49265 | Arizona | Apache | 14080204 | None | |
| 5237917 | Corps | SPL-2020-0 | Los Angele | NWPR | https://pe | 9/23/2020 | Approved | . Teas Toh V | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -110.436 | 35.50298 | Arizona | Navajo | 15020014 | None | Teas Toh W |
| 5231985 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 9/21/2020 | Approved | . 2020-163 S | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -106.721 | 35.14519 | New Mexic | Bernalillo | 13020203 | None | |
| 5234171 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 8/26/2020 | Approved | . 202-201 M | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -106.633 | 35.25687 | New Mexic | Sandoval | 13020203 | None | |
| 5234933 | Corps | SPL-2020-0 | Los Angele | NWPR | https://pe | 8/19/2020 | Approved | . Wash 1 | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -111.4 | 35.93692 | Arizona | Coconino | 15020018 | None | |
| 5232316 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 8/4/2020 | Approved | . Escavada V | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.68 | 36.12946 | New Mexic | San Juan | 14080106 | None | |
| 5233178 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 7/31/2020 | Approved | . Unnamed | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.753 | 36.67854 | New Mexic | San Juan | 14080103 | None | |
| 5232307 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 7/21/2020 | Approved | . DR 4 | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.772 | 36.25482 | New Mexic | San Juan | 14080106 | None | |
| 5232307 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 7/21/2020 | Approved | . DR 3 | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.771 | 36.2547 | New Mexic | San Juan | 14080106 | None | |
| 5232307 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 7/21/2020 | Approved | . DR 1 | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.769 | 36.25548 | New Mexic | San Juan | 14080106 | None | |
| 5232307 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 7/21/2020 | Approved | . DR 2 | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.77 | 36.25496 | New Mexic | San Juan | 14080106 | None | |
| 5232301 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 7/21/2020 | Approved | . DR 9 | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.786 | 36.27487 | New Mexic | San Juan | 14080106 | None | |
| 5232301 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 7/21/2020 | Approved | . DR 10 | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.786 | 36.2742 | New Mexic | San Juan | 14080106 | None | |
| 5232287 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 7/21/2020 | Approved | . DR 8 | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.775 | 36.26212 | New Mexic | San Juan | 14080106 | None | |
| 5232287 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 7/21/2020 | Approved | . DR 6 | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.769 | 36.26743 | New Mexic | San Juan | 14080106 | None | |
| 5232287 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 7/21/2020 | Approved | . DR 7 | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.772 | 36.26508 | New Mexic | San Juan | 14080106 | None | |
| 5232287 | Corps | SPA-2020-0 | Albuquerq | NWPR | https://pe | 7/21/2020 | Approved | . DR 5 | | B3EPHEME | (b)(3) Ephe | No | R6 | Riverine | A wetland, spring, stream, river, | -107.764 | 36.26926 | New Mexic | San Juan | 14080106 | None | |
| 5226462 | Corps | SPA-2020-0 | Albuquerq | 1986/88 | https://pe | 5/14/2020 | Approved | . Dry Land | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -106.68 | 35.14535 | New Mexic | Bernalillo | 13020203 | None | |
| 5223214 | Corps | SPL-2020-0 | Los Angele | 1986/88 | https://pe | 4/2/2020 | Approved | . Upland (20 | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -112.175 | 35.25364 | Arizona | Coconino | 15010004 | None | |
| 5200104 | Corps | SPL-2019-0 | Los Angele | 1986/88 | https://pe | 7/2/2019 | Approved | . upland | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -110.625 | 34.43999 | Arizona | Navajo | 15020010 | None | |
| 5197444 | Corps | SPA-2019-0 | Albuquerq | 1986/88 | https://pe | 5/14/2019 | Approved | . Abandone | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -108.688 | 36.78812 | New Mexic | San Juan | 14080105 | None | |
| 5196911 | Corps | SPA-2019-0 | Albuquerq | 1986/88 | https://pe | 5/6/2019 | Approved | . None | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -108.409 | 36.74421 | New Mexic | San Juan | 14080105 | None | |
| 5196335 | Corps | SPA-2019-0 | Albuquerq | 1986/88 | https://pe | 4/30/2019 | Approved | . SPA2019-1 | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -106.386 | 35.07684 | New Mexic | Bernalillo | 13020203 | None | |
| 5181913 | Corps | SPA-2018-0 | Albuquerq | 1986/88 | https://pe | 10/12/2018 | Approved | . Unnamed | | RPW | Relatively | Yes | R4 | Riverine | Intermittent, Riverine | -107.929 | 36.50291 | New Mexic | San Juan | 14080101 | Section 404 | |
| 5170993 | Corps | SPA-2018-0 | Albuquerq | 1986/88 | https://pe | 9/11/2018 | Approved | . Sandia Wa | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, Riverine   Riverine is | -106.569 | 35.27035 | New Mexic | Sandoval | 13020203 | None | |
| 5173627 | Corps | SPA-2018-0 | Albuquerq | 1986/88 | https://pe | 7/12/2018 | Approved | . SPA-2018-0 | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, Riverine   Riverine is | -106.633 | 35.25085 | New Mexic | Sandoval | 13020203 | None | |
| 5172670 | Corps | SPA-2018-0 | Albuquerq | 1986/88 | https://pe | 7/2/2018 | Approved | . SPA-2018- | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -106.667 | 35.05794 | New Mexic | Bernalillo | 13020203 | None | |
| 5165734 | Corps | SPA-2018-0 | Albuquerq | 1986/88 | https://pe | 4/16/2018 | Approved | . SPA-2018- | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -107.457 | 35.03215 | New Mexic | Cibola | 13020207 | None | |
| 5143325 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . SPA-2017- | | NRPW | Non-relativ | Yes | R6 | Riverine | A wetland, spring, stream, river, | -106.631 | 35.01304 | New Mexic | Bernalillo | 13020203 | Section 404 | |
| 5143325 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . Tijeras Arr | | NRPW | Non-relativ | Yes | R4 | Riverine | A wetland, Riverine   Riverine is | -106.635 | 35.01167 | New Mexic | Bernalillo | 13020203 | Section 404 | |
| 5143325 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . SPA-2017- | | NRPW | Non-relativ | Yes | R6 | Riverine | A wetland, spring, stream, river, | -106.627 | 35.01189 | New Mexic | Bernalillo | 13020203 | Section 404 | |
| 5162388 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . SPA-2017- | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, spring, stream, river, | -106.638 | 35.00947 | New Mexic | Bernalillo | 13020203 | None | |
| 5162388 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . SPA-2017- | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, spring, stream, river, | -106.634 | 35.00952 | New Mexic | Bernalillo | 13020203 | None | |
| 5162388 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . SPA-2017- | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, spring, stream, river, | -106.63 | 35.00442 | New Mexic | Bernalillo | 13020203 | None | |
| 5162388 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . SPA-2017- | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, spring, stream, river, | -106.626 | 35.01486 | New Mexic | Bernalillo | 13020203 | None | |
| 5162388 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . SPA-2017- | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, spring, stream, river, | -106.634 | 35.01192 | New Mexic | Bernalillo | 13020203 | None | |
| 5162388 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . SPA-2017- | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, spring, stream, river, | -106.629 | 35.01636 | New Mexic | Bernalillo | 13020203 | None | |
| 5162388 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . SPA-2017- | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, spring, stream, river, | -106.623 | 35.00602 | New Mexic | Bernalillo | 13020203 | None | |
| 5162388 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . SPA-2017- | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, spring, stream, river, | -106.63 | 35.01508 | New Mexic | Bernalillo | 13020203 | None | |
| 5162388 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 3/16/2018 | Approved | . SPA-2017- | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, spring, stream, river, | -106.636 | 35.0104 | New Mexic | Bernalillo | 13020203 | None | |
| 5158403 | Corps | SPA-2018-0 | Albuquerq | 1986/88 | https://pe | 1/23/2018 | Approved | . SPA-2018-0 | | NRPW | Non-relativ | Yes | R6 | Riverine | A wetland, Riverine   Riverine is | -108.898 | 36.97032 | New Mexic | San Juan | 14080107 | Section 40 | San Juan Ri |
| 5153563 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 11/27/2017 | Approved | . SPA-2017- | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -106.53 | 35.35429 | New Mexic | Sandoval | 13020203 | None | |
| 5152862 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 10/30/2017 | Approved | . SPA-2017- | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -108.674 | 36.74153 | New Mexic | San Juan | 14080105 | None | San Juan |
| 5149566 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 10/12/2017 | Approved | . SPA-2017-0 | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -107.754 | 36.44413 | New Mexic | San Juan | 14080103 | None | Blanco Was |
| 5145309 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 9/5/2017 | Approved | . SPA-2017-0 | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -107.838 | 36.39134 | New Mexic | San Juan | 14080101 | None | Gallegos Ca |
| 5136052 | Corps | SPL-2017-0 | Los Angele | 1986/88 | https://pe | 6/14/2017 | Approved | . Ned Lake ( | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -110.056 | 34.28835 | Arizona | Navajo | 15020005 | None | |
| 5136052 | Corps | SPL-2017-0 | Los Angele | 1986/88 | https://pe | 6/14/2017 | Approved | . Telephone | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -110.045 | 34.29306 | Arizona | Navajo | 15020005 | None | |
| 5136052 | Corps | SPL-2017-0 | Los Angele | 1986/88 | https://pe | 6/14/2017 | Approved | . Pintail Lak | | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | -110.023 | 34.30139 | Arizona | Navajo | 15020005 | None | |
| 5133890 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 5/16/2017 | Approved | . Unnamed | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, Riverine   Riverine is | -106.552 | 35.26315 | New Mexic | Sandoval | 13020203 | None | |
| 5133890 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 5/16/2017 | Approved | . Unnamed | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, Riverine   Riverine is | -106.554 | 35.26242 | New Mexic | Sandoval | 13020203 | None | |
| 5133890 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 5/16/2017 | Approved | . Unnamed | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, Riverine   Riverine is | -106.551 | 35.26039 | New Mexic | Sandoval | 13020203 | None | |
| 5133890 | Corps | SPA-2017-0 | Albuquerq | 1986/88 | https://pe | 5/16/2017 | Approved | . Unnamed | | ISOLATE | Isolated (in | No | R6 | Riverine | A wetland, Riverine   Riverine is | -106.55 | 35.26193 | New Mexic | Sandoval | 13020203 | None | |
| 5118011 | Corps | SPK-2015-0 | Sacrament | 1986/88 | https://pe | 3/2/2017 | Approved | . AR 11 | | NRPW | Non-relativ | Yes | R6 | Riverine | A wetland, Riverine   Riverine is | -109.605 | 38.42402 | Utah | San Juan | 14030005 | Section 404 | |

| ID | Agency | Project | Location | Year | URL | Date | Status | Project Name | Type | Category | Relation | R | Class | Description | Riverine | Long | Lat | State | County | HUC | Section | Feature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5118011 | Corps | SPK-2015-( | Sacrament | 1986/88 | https://pe | 3/2/2017 | Approved | AR 10 | NRPW | Non-relati | Yes | R6 | Riverine | A wetland, Riverine | Riverine is | -109.606 | 38.42558 | Utah | San Juan | 14030005 | Section 404 | |
| 5118011 | Corps | SPK-2015-( | Sacrament | 1986/88 | https://pe | 3/2/2017 | Approved | AR 48 | NRPW | Non-relati | Yes | R6 | Riverine | A wetland, Riverine | Riverine is | -109.464 | 38.17645 | Utah | San Juan | 14030005 | Section 404 | |
| 5118011 | Corps | SPK-2015-( | Sacrament | 1986/88 | https://pe | 3/2/2017 | Approved | AR 51 | NRPW | Non-relati | Yes | R6 | Riverine | A wetland, Riverine | Riverine is | -109.45 | 38.19062 | Utah | San Juan | 14030005 | Section 404 | |
| 5118011 | Corps | SPK-2015-( | Sacrament | 1986/88 | https://pe | 3/2/2017 | Approved | AR 47 | NRPW | Non-relati | Yes | R6 | Riverine | A wetland, Riverine | Riverine is | -109.469 | 38.17609 | Utah | San Juan | 14030005 | Section 404 | |
| 5118011 | Corps | SPK-2015-( | Sacrament | 1986/88 | https://pe | 3/2/2017 | Approved | AR 49 | NRPW | Non-relati | Yes | R6 | Riverine | A wetland, Riverine | Riverine is | -109.462 | 38.17848 | Utah | San Juan | 14030005 | Section 404 | |
| 5118011 | Corps | SPK-2015-( | Sacrament | 1986/88 | https://pe | 3/2/2017 | Approved | AR 35 | NRPW | Non-relati | Yes | R6 | Riverine | A wetland, Riverine | Riverine is | -109.629 | 38.2453 | Utah | San Juan | 14030005 | Section 404 | |
| 5118011 | Corps | SPK-2015-( | Sacrament | 1986/88 | https://pe | 3/2/2017 | Approved | AR 50 | NRPW | Non-relati | Yes | R6 | Riverine | A wetland, Riverine | Riverine is | -109.462 | 38.18104 | Utah | San Juan | 14030005 | Section 404 | |
| 5118011 | Corps | SPK-2015-( | Sacrament | 1986/88 | https://pe | 3/2/2017 | Approved | AR 12 | NRPW | Non-relati | Yes | R6 | Riverine | A wetland, Riverine | Riverine is | -109.605 | 38.42337 | Utah | San Juan | 14030005 | Section 404 | |
| 5118011 | Corps | SPK-2015-( | Sacrament | 1986/88 | https://pe | 3/2/2017 | Approved | AR 52 | NRPW | Non-relati | Yes | R6 | Riverine | A wetland, Riverine | Riverine is | -109.413 | 38.18693 | Utah | San Juan | 14030005 | Section 404 | |
| 5125336 | Corps | SPL-2017-( | Los Angele | 1986/88 | https://pe | 3/1/2017 | Approved | Long Valle | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | | -111.338 | 34.53225 | Arizona | Coconino | 15060203 | None | |
| 5121344 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 1/24/2017 | Approved | SPA-2016-( | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | | -107.996 | 36.82608 | New Mexic | San Juan | 14080104 | None | Animas Riv |
| 5119155 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 12/20/2016 | Approved | SPA-2016-( | ISOLATE | Isolated (ir | No | R6 | Riverine | A wetland, Riverine | Riverine is | -108.786 | 35.5234 | New Mexic | McKinley | 15020006 | None | Puerco Riv |
| 5107274 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 10/5/2016 | Approved | SPA-2016-: | ISOLATE | Isolated (ir | No | R6 | Riverine | A wetland, Riverine | Riverine is | -106.479 | 35.3699 | New Mexic | Sandoval | 13020201 | None | |
| 5100451 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 8/2/2016 | Approved | SPA-2016-( | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | | -108.098 | 36.706 | New Mexic | San Juan | 14080101 | None | Animas Riv |
| 5098701 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 7/20/2016 | Approved | SPA-2016-( | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | | -108.35 | 36.74 | New Mexic | San Juan | 14080105 | None | San Juan R |
| 5108214 | Corps | SPA-2012-( | Albuquerq | 1986/88 | https://pe | 6/15/2016 | Approved | SPA-2012-I | RPW | Relatively I | Yes | R | Riverine | Riverine - I Riverine | Riverine is | -107.992 | 36.83 | New Mexic | San Juan | 14080104 | Section 40 | Animas Riv |
| 5103566 | Corps | SPA-2005-( | Albuquerq | 1986/88 | https://pe | 6/8/2016 | Approved | SPA-2005-~ | ISOLATE | Isolated (ir | No | R6 | Riverine | A wetland, Riverine | Riverine is | -107.775 | 35.6481 | New Mexic | McKinley | 13020205 | None | Inditos Dra |
| 5103566 | Corps | SPA-2005-( | Albuquerq | 1986/88 | https://pe | 6/8/2016 | Approved | SPA-2005-~ | ISOLATE | Isolated (ir | No | R6 | Riverine | A wetland, Riverine | Riverine is | -107.794 | 35.6418 | New Mexic | McKinley | 13020205 | None | Inditos Dra |
| 5103566 | Corps | SPA-2005-( | Albuquerq | 1986/88 | https://pe | 6/8/2016 | Approved | SPA-2005-~ | ISOLATE | Isolated (ir | No | R6 | Riverine | A wetland, Riverine | Riverine is | -107.918 | 35.5875 | New Mexic | McKinley | 13020205 | None | Arroyo Chi |
| 5103566 | Corps | SPA-2005-( | Albuquerq | 1986/88 | https://pe | 6/8/2016 | Approved | SPA-2005-~ | ISOLATE | Isolated (ir | No | R6 | Riverine | A wetland, Riverine | Riverine is | -107.929 | 35.672 | New Mexic | McKinley | 14080106 | None | Seven Lake |
| 5091867 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 6/3/2016 | Approved | SPA-2016-: | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | | -106.75 | 35.27956 | New Mexic | Sandoval | 13020203 | None | |
| 5090769 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 5/26/2016 | Approved | SPA-2016-( | RPWWN | Wetlands / | Yes | P | Palustrine | Palustrine Depression | Depression | -108.219 | 36.72164 | New Mexic | San Juan | 14080105 | Section 40 | Animas Riv |
| 5088400 | Corps | SPL-2016-( | Los Angele | 1986/88 | https://pe | 5/9/2016 | Approved | Fanning W | NRPW | Non-relati | No | R6 | Riverine | A wetland, spring, stream, river, | | -111.6 | 35.22163 | Arizona | Coconino | 15020015 | None | |
| 5075536 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 4/7/2016 | Approved | SPA-2016-! | NRPW | Non-relati | No | R6 | Riverine | A wetland, spring, stream, river, | | -106.744 | 35.03272 | New Mexic | Bernalillo | 13020203 | None | |
| 5075536 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 4/7/2016 | Approved | SPA-2016-! | NRPW | Non-relati | No | R6 | Riverine | A wetland, spring, stream, river, | | -106.743 | 35.03011 | New Mexic | Bernalillo | 13020203 | None | |
| 5075536 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 4/7/2016 | Approved | SPA-2016-! | NRPW | Non-relati | No | R6 | Riverine | A wetland, spring, stream, river, | | -106.744 | 35.03123 | New Mexic | Bernalillo | 13020203 | None | |
| 5082946 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 4/1/2016 | Approved | SPA-2016-( | NRPW | Non-relati | Yes | R4 | Riverine | Intermitter Riverine | Riverine is | -108.127 | 36.75534 | New Mexic | San Juan | 14080104 | Section 40 | Animas Riv |
| 5080295 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 3/14/2016 | Approved | SPA-2016-( | RPW | Relatively I | Yes | R | Riverine | Riverine - I Riverine | Riverine is | -108.193 | 36.72574 | New Mexic | San Juan | 14080104 | Section 40 | Animas Riv |
| 5079668 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 3/9/2016 | Approved | SPA-2016-( | NRPW | Non-relati | Yes | R6 | Riverine | A wetland, Riverine | Riverine is | -107.972 | 36.84789 | New Mexic | San Juan | 14080104 | Section 40 | Unnamed T |
| 5078968 | Corps | SPA-2015-( | Albuquerq | 1986/88 | https://pe | 3/3/2016 | Approved | SPA-2015-: | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | | -107.793 | 35.14474 | New Mexic | Cibola | 13020207 | None | |
| 5099018 | Corps | SPA-2012-( | Albuquerq | 1986/88 | https://pe | 1/21/2016 | Approved | SPA-2012-( | NRPW | Non-relati | Yes | R6 | Riverine | A wetland, spring, stream, river, | | -106.523 | 35.0474 | New Mexic | Bernalillo | 13020203 | Section 40 | Tijeras Arro |
| 5099012 | Corps | SPA-2012-( | Albuquerq | 1986/88 | https://pe | 1/21/2016 | Approved | SPA-2012-( | NRPW | Non-relati | No | R6 | Riverine | A wetland, spring, stream, river, | | -106.523 | 35.0446 | New Mexic | Bernalillo | 13020203 | None | Unnamed T |
| 5072279 | Corps | SPA-2016-( | Albuquerq | 1986/88 | https://pe | 1/14/2016 | Approved | SPA-2016-( | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | | -106.729 | 35.25466 | New Mexic | Sandoval | 13020203 | None | |
| 5063440 | Corps | SPA-2015-( | Albuquerq | 1986/88 | https://pe | 11/5/2015 | Approved | SPA-2015-( | RPWWD | Wetlands I | Yes | R2 | Riverine | Lower Pere Riverine | Riverine is | -108.132 | 36.60137 | New Mexic | San Juan | 14080101 | Section 40 | Gallegos W |
| 5063413 | Corps | SPA-2015-( | Albuquerq | 1986/88 | https://pe | 11/5/2015 | Approved | Uplands | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | | -107.762 | 36.73645 | New Mexic | San Juan | 14080101 | None | Uplands |
| 5057756 | Corps | SPA-2015-( | Albuquerq | 1986/88 | https://pe | 10/1/2015 | Approved | None | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | | -108.651 | 35.53898 | New Mexic | McKinley | 15020006 | None | None |
| 5053599 | Corps | SPA-2015-( | Albuquerq | 1986/88 | https://pe | 9/9/2015 | Approved | SPA-2015-: | UPLAND | Uplands | No | U | Uplands | Upland - Not a wetland or deepw | | -106.449 | 35.39952 | New Mexic | Sandoval | 13020201 | None | |