# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NAVAJO NATION, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 2:20-cv-602-MV-GJF |
| MICHAEL REGAN, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF APPEARANCE
## OF ATTORNEY IAN PAUL FISHER

Pursuant to D.N.M.LR-Civ. 83.4(b), Plaintiff's attorneys hereby notify the Court of the withdrawal of Ian Paul Fisher as counsel for the Plaintiff in the above-entitled case. The Plaintiff will continue to be represented by Jill Elise Grant.

Dated: March 29, 2022

    Respectfully submitted,

    JILL GRANT & ASSOCIATES, LLC

    /s/ Jill Elise Grant
    Jill Elise Grant, N.M. Bar No. 7571
    Ian Paul Fisher,* D.C. Bar No. 1672524
    1319 F Street NW, Suite 300
    Washington, D.C. 20004
    Telephone: (202) 821-1950
    Email: jgrant@jillgrantlaw.com
    Email: ifisher@jillgrantlaw.com
    * D.N.M.LR-Civ. 83.3(a) certification

    *Attorneys for Plaintiff Navajo Nation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022, I caused the following to be filed and served upon counsel of record via the Court's CM/ECF filing system:

PLAINTIFF'S NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY IAN PAUL FISHER

/s/ Jill Elise Grant